# EXHIBIT A

Wilkes University
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

PMJ0D000400876
ERIN E. BUFFORD

October 8, 2025

Notice of Security Incident

Dear Erin Bufford:

The privacy and security of the personal information we maintain is of the utmost importance to Wilkes University ("Wilkes"). We are writing with important information regarding a recent security incident that may have impacted some of your information. We want to provide you with information about the incident, tell you about the services that we are providing to you, and let you know that we continue to take significant measures to protect your information.

### What Happened?

We recently discovered that an unauthorized actor may have gained access to our network environment.

### What We Are Doing.

Upon learning of this issue, we immediately worked to contain the threat and secure our internal environment. We commenced a prompt and thorough investigation into the incident and worked very closely with external cybersecurity professionals experienced in handling these types of situations to help determine whether any personal or sensitive data had been compromised as a result of this incident. After an extensive forensic investigation and manual document review, we discovered on September 22, 2025 that the impacted systems, which were accessed between on or about January 25, 2025 and on or about January 26, 2025, contained some of your personal information.

### What Information Was Involved?

The personal information may include your Date of Birth, Social Security Number, Student ID Number, Home Address, Home Phone Number, Email Address and Financial Aid Information.

### What You Can Do.

We have no reason to believe that your information has been or will be misused for identity theft or financial fraud as a direct result of this incident. Nevertheless, we are offering a complimentary one (1) year(s) membership with Cyberscout, a TransUnion company. With this protection Cyberscout will help you resolve issues if your identity is compromised. For more information on identity theft prevention and credit monitoring services, including instructions on how to activate your complimentary membership, please see the additional information provided in this letter.