UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIN BUFFORD**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**WILKES UNIVERSITY**,<br><br>Defendant. | Case No.: 3:25-cv-01962 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Erin Bufford, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Erin Bufford, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: November 25, 2025

Respectfully submitted,

*/s/ Kenneth J. Grunfeld*
Kenneth J. Grunfeld
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
grunfeld@kolawyers.com

*Attorney for Plaintiff and the Putative Class*

1

**CERTIFICATE OF SERVICE**

 I hereby certify that on November 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

           */s/ Kenneth J. Grunfeld*
           Kenneth J. Grunfeld